**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>    Plaintiff,<br><br>vs.<br><br>3 DAY SUIT BROKER, a business entity; PAUL JARDIN OF U.S.A., INC., a corporation; T A PROPERTIES LTD LP, a limited partnership,<br><br>    Defendants | **Case No.:**   8:20-cv-01471-CJC-DFM<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases.

   The settlement has been reached involving the Plaintiff and the Defendants, 3 DAY SUIT BROKER, a business entity; PAUL JARDIN OF U.S.A., INC., a corporation; T A PROPERTIES LTD LP, a limited partnership.

 //

//

1

**NOTICE OF SETTLEMENT**

1  The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 6/14/2021

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**