**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI<br><br>　　　　Plaintiff,<br><br>vs.<br><br>3 DAY SUIT BROKER, a business entity; PAUL JARDIN OF U.S.A., INC., a corporation; T A PROPERTIES LTD LP, a limited partnership;<br><br>　　　　Defendants | **Case No.:** 8:20-cv-01471-CJC-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL** |

### JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

///

///

JOINT STIPULATION OF DISMISSAL

1

Civil Procedure, each party to bear its own costs and fees.

**Date: 6/23/2021**             For the Plaintiff:

                                  **LAW OFFICE OF JOSEPH BAKHOS**

                                  ___/s/ Joseph Bakhos_____
                                  **JOSEPH BAKHOS, Esq.**

**Date: 6/23/2021**             For the Defendants:

                                  **LEWIS BRISBOIS**

                                  ___/s/ Stephen Abraham_____
                                  **STEPHEN ABRAHAM, Esq.**