# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI<br><br>    Plaintiff,<br><br>vs.<br><br>3 DAY SUIT BROKER, a business entity; PAUL JARDIN OF U.S.A., INC., a corporation; T A PROPERTIES LTD LP, a limited partnership;<br><br>    Defendants | Case No.: 8:20-cv-01471-CJC-DFM<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: June 28, 2021

_____
HONORABLE JUDGE OF U.S. DISTRICT COURT